UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No. IP 07-58-CR-01 (B/F) |
| ) | |
| KEITH GAINES, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Keith Gaines' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 10 months in the custody of the Attorney General. The Court recommends that Mr. Gaines be designated to the Farm Camp at the Federal Penitentiary in Terre Haute, Indiana. Upon Mr. Gaines' release from confinement, he will not be subject to supervised release.

SO ORDERED this __22nd__ day of ~~June~~ July, 2008.

_Sarah Evans Barker_
Sarah Evans Barker, Judge
United States District Court
Southern District of Indiana

Distribution:

Brad Shepard,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

William Dazey,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service